UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-10510-GAO

JIEWEN LIN,
Petitioner,

v.

BINGLIN ZHONG,
Defendant,

and

ANT BICYCLE INC., SEABUSINESS INC., and COUREE, INC.,
Trustee/Reach and Apply Defendants

OPINION AND ORDER
April 10, 2025

O'TOOLE, D.J.

On March 25, 2021, the plaintiff, Jiewen Lin, brought suit against Binglin Zhong in this Court to confirm and enforce a 2020 arbitration award rendered against Zhong in China. On June 14, 2021, the Court entered default against Zhong for failure to appear, and upon Lin's motion, entered default judgment against Zhong on August 17, 2021, in the principal amount of $3,514,756.49 with costs in the amount of $400. The Court thereafter issued a writ of execution, directing that the "goods and chattels or lands of [Zhong]" be used to pay and satisfy the judgment. Lin sought discovery from Zhong to obtain payment on the judgment, but Zhong did not respond to Lin's discovery requests for the production of documents. Consequently, Lin moved this Court for an order compelling the production of documents. On May 29, 2024, this Court granted in full Lin's motion to compel, requiring Zhong to respond to Lin's request for production of documents (dkt. no. 31-1) and to pay the plaintiff's attorneys fees for bringing the motion (dkt. no. 31-2)

within ten days of the Court's ruling (the "Order" (dkt. no. 33)). According to Lin, Zhong has not responded to the Order.

Lin has now moved for contempt, arguing that Zhong should be arrested and brought before this Court to answer why he should not be held in contempt and face potential incarceration until he has complied with this Order to the best of his ability. A hearing on the motion will take place on May 6, 2025, at 2:30 p.m. Prior to the hearing, Lin shall serve a copy of this order, together with copies of the following documents:

- First Motion to Compel with attachments (dkt. nos. 31, 31-1, 31-2, 31-3)
- Memorandum in Support of First Motion to Compel (dkt. no. 32)
- Electronic Order dated May 29, 2024 (the Order) (dkt. no. 33)
- Motion for Contempt with attachments (dkt. nos. 34, 34-1, 34-2)
- Memorandum in Support of Motion for Contempt with attachments (dkt. nos. 35, 35-1, 35-2, 35-3, 35-4, 35-5)

Lin shall submit a report regarding the status of her efforts to serve the described documents no later than three (3) days before the hearing on her Motion for Contempt.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge